**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6292**

---

JEROME CHASE,

Petitioner - Appellant,

versus

ROBERT KUPEC; ATTORNEY GENERAL FOR THE STATE
OF MARYLAND,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, District Judge.  (CA-00-
320-MJG)

---

Submitted:  May 11, 2000                    Decided:  May 16, 2000

---

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jerome Chase, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerome Chase seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). He claims that the Governor of the State of Maryland abused his discretion and violated the Ex Post Facto Clause of the Constitution when he declared that he would not grant parole to persons serving life sentences. We have reviewed the record and the district court's opinion and find no reversible error. See United States v. Ellen, 961 F.2d 462, 465-66 (4th Cir. 1992) (noting that the Ex Post Facto Clause applies only to legislative action). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED